IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CORNERSTONE VENDING, INC.                                                                    PLAINTIFF

VS.                                    CASE NO. 14-CV-4020

CHARLIE'S NOVELTY COMPANY, AND
CHARLIE ROBINSON, INDIVIDUALLY                                                  DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 28). The parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties.

Accordingly, the above styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 20th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge